# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                                CASE NO. 6:23-cr-10047-JWB

**TAMORI MORGAN,**

      **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**UNLAWFUL POSSESSION
OF A MACHINEGUN
(18 U.S.C. § 922(o))**

On or about October 17, 2022, in the District of Kansas, the defendant,

**TAMORI MORGAN,**

the defendant herein, did knowingly and unlawfully possess a machinegun, that is an Anderson Manufacturing, model AM-15 .300 caliber machinegun.

In violation of Title 18, United States Code, Section 922(o) and Title 18, United States Code, Section 2.

## COUNT 2

**UNLAWFUL POSSESSION
OF A MACHINEGUN
(18 U.S.C. § 922(o))**

On or about October 17, 2022, in the District of Kansas, the defendant,

**TAMORI MORGAN,**

the defendant herein, did knowingly and unlawfully possess a machinegun, that is a machinegun conversion device, of an unknown manufacturer.

In violation of Title 18, United States Code, Section 922(o) and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

1. The allegations contained in Counts 1 - 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

2. Upon conviction of one or more of the offenses set forth in Counts 1 - 2 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

   A. Anderson Manufacturing, model AM-15, .300 AAC Blackout caliber firearm, S/N 21401706;
   B. Glock, model 33, .357 SIG caliber firearm, S/N BMXX745;
   C. black conversion device, unknown manufacturer, no serial number;
   D. ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

| | |
|---|---|
| April 18, 2023 | s/Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Aaron L. Smith
AARON L. SMITH
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: aaron.smith3@usdoj.gov
Ks. S. Ct. No. 20447

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Counts 1 - 2        18 U.S.C. § 922(o)**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.