AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America<br>v.<br>__TAMORI MORGAN__<br>*Defendant* | )<br>)<br>)  Case No. 6:23-cr-10047-JWB<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TAMORI MORGAN                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Unlawful possession of a machinegun.  See attached indictment for additional charges.

Date: 04/19/2023

s/ M. McGivern
*Issuing officer's signature*

City and state:   Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/19/2023 , and the person was arrested on *(date)* 05/16/2023
at *(city and state)* Wichita, Kansas .

Date: 05/17/2023

*V. Keith Lane*
*Arresting officer's signature*

V. Keith Lane DUSM
*Printed name and title*