COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 5-17-23

FILED
U.S. District Court
District of Kansas

MAY 17 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,
    Plaintiff,

v. Jamori Morgan,
    Defendant.

Case No. 23-10047-JWB
Age: 20

JUDGE: ☐ Birzer ☑ Gale
DEPUTY CLERK: ☐ Anderson ☑ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Ola Odeyemi
DEFENSE COUNSEL: David Freund
TAPE NO.: 1:36 - 1:39

## PROCEEDINGS

☑ Initial Appearance  2 min
☐ Initial Rule 5(c)(3)
☐ Sentencing
☐ In-Court Hearing: _____
☑ Arraignment  1 min
☑ Reading waived

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea
☐ Read to Defendant

☐ Bond Rev. Hrg
☐ Pretrial Conference
☑ Not Guilty Plea Entered

☐ Complaint ☑ Indictment ☐ Information ☐ Pet. Revoke Supervision ☑ No. Counts: 2 ☑ Forfeiture
☑ Felony ☐ Misdemeanor ☐ Pet. Revoke Bond
☑ Charges/Viols. and penalties explained to Defendant
☑ Constitutional rights explained
☑ Defendant affirmation/sworn ☑ Examined re: financial status ☑ Counsel appointed
☑ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Release ordered ☐ Bond fixed at: $_____ ☐ Continued on present bond/conditions
☑ Oral Mot. for temp det.; granted ☐ Detention ordered ☑ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is ☐ granted. ☐ denied. ☐ withdrawn. ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted. ☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☐ as directed before Judge _____
    ☐ per the Scheduling Order of Judge _____
    ☑ on 5-19-23 at 1:30 ☐ a.m. ☑ p.m. before Judge Gale
    In Courtroom 406 or Via ZoomGov
    for ☑ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____