COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 5-19-23

FILED
U.S. District Court
District of Kansas

MAY 19 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,

    Plaintiff,

v. Jamori Morgan,

    Defendant.

Case No. 23-10047-JWB

Age: _____

JUDGE: ☐ Birzer ☒ Gale
DEPUTY CLERK: ☐ Anderson ☒ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
    ☐ Ping ☐ Rivera ☐ Vilaythong
    ☐ Sworn

AUSA: Ola Odeyemi
DEFENSE COUNSEL: David Freund
TAPE NO.: 2:02 - 2:04

## PROCEEDINGS

☐ Initial Appearance ☐ Detention Hearing ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3) ☐ Preliminary Hearing ☒ Pretrial Conference  2 min
☐ Sentencing ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment ☐ Reading waived ☐ Read to Defendant ☐ Not Guilty Plea Entered

☐ Complaint ☒ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 2 ☒ Forfeiture
☒ Felony ☐ Misdemeanor ☐ Pet. Revoke Bond
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn ☐ Examined re: financial status ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Release ordered ☐ Bond fixed at: $_____ ☐ Continued on present bond/conditions
☐ Oral Mot. for Detention ☐ Detention ordered ☒ Remanded to custody
☐ Temporary Detention ordered

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and **granted** the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is ☐ granted. ☐ denied. ☐ withdrawn. ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted. ☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☐ as directed before Judge _____
    ☐ per the Scheduling Order of Judge _____
    ☒ on 5-26-23 at 1:30 ☐ a.m. ☒ p.m. before Judge Gale
    In Courtroom 406 or Via ZoomGov
    for ☒ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: Defense asks for a continuance of Det. hearing. So granted.