COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 5-26-23

FILED
U.S. District Court
District of Kansas
MAY 26 2023
Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,
    Plaintiff,

v.

Samori Morgan,
    Defendant.

Case No. 23-10047-JWB
Age: ____

JUDGE: ☐ Birzer ☒ Gale
DEPUTY CLERK: ☐ Anderson ☒ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Matt Treaster
DEFENSE COUNSEL: David Freund
TAPE NO.: 1:38-1:39

## PROCEEDINGS

- ☐ Initial Appearance
- ☐ Initial Rule 5(c)(3)
- ☐ Sentencing
- ☐ In-Court Hearing: ____
- ☐ Arraignment   ☐ Reading waived
- ☐ Detention Hearing ✓
- ☐ Preliminary Hearing
- ☐ Change of Plea
- ☐ Read to Defendant
- ☐ Bond Rev. Hrg
- ☒ Pretrial Conference — 1 min
- ☐ Not Guilty Plea Entered

- ☐ Complaint ☒ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 2 ☒ Forfeiture
- ☒ Felony ☐ Misdemeanor ☐ Pet. Revoke Bond
- ☐ Charges/Viols. and penalties explained to Defendant
- ☐ Constitutional rights explained
- ☐ Defendant affirmation/sworn ☐ Examined re: financial status ☐ Counsel appointed
- ☐ Due Process Protections Act advisement given
- ☐ Defendant given Consular Notification
- ☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: ____
- ☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

- ☐ Release ordered ☐ Bond fixed at: $____ ☐ Continued on present bond/conditions
- ☐ Oral Mot. for Detention ☐ Detention ordered ☒ Remanded to custody
- ☐ Temporary Detention ordered

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and **granted** the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is ☐ granted. ☐ denied. ☐ withdrawn. ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted. ☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☐ as directed before Judge ____
  ☐ per the Scheduling Order of Judge ____
  ☒ on 5-31-23 at 1:30 ☐ a.m. ☒ p.m. before Judge Gale
  In Courtroom 406 or Via ZoomGov
  for ☒ detention hearing ☐ arraignment ☐ prelim hearing ☐ ____

NOTES: Detention hearing continued at the request of the defense.