COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 5-31-23

FILED
U.S. District Court
District of Kansas

MAY 31 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,
    Plaintiff,

v. Samori Morgan,
    Defendant.

Case No. 23-10047-JWB
Age: _____

JUDGE: ☐ Birzer ☑ Gale
DEPUTY CLERK: ☐ Anderson ☑ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Matt Treaster
DEFENSE COUNSEL: David Freund
TAPE NO.: 2:00-2:04

## PROCEEDINGS

- ☐ Initial Appearance
- ☐ Initial Rule 5(c)(3)
- ☐ Sentencing
- ☐ In-Court Hearing: _____
- ☐ Arraignment   ☐ Reading waived
- ☐ Detention Hearing
- ☐ Preliminary Hearing
- ☐ Change of Plea
- ☐ Read to Defendant
- ☐ Bond Rev. Hrg
- ☑ Pretrial Conference  4 min
- ☐ Not Guilty Plea Entered

- ☐ Complaint ☑ Indictment ☐ Information ☐ Pet. Revoke Supervision ☑ No. Counts: 2 ☑ Forfeiture
- ☑ Felony ☐ Misdemeanor ☐ Pet. Revoke Bond
- ☐ Charges/Viols. and penalties explained to Defendant
- ☐ Constitutional rights explained
- ☐ Defendant affirmation/sworn ☐ Examined re: financial status ☐ Counsel appointed
- ☐ Due Process Protections Act advisement given
- ☐ Defendant given Consular Notification
- ☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
- ☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

- ☑ Release ordered ☑ Bond fixed at: $5,000 Unsec. ☐ Continued on present bond/conditions
- ☐ Oral Mot. for Detention ☐ Detention ordered ☐ Remanded to custody
- ☐ Temporary Detention ordered

- ☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and **granted** the Government motion for detention.
- ☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
- ☑ Oral Motion by Government for detention is ☐ granted. ☐ denied. ☑ withdrawn. ☐ taken under advisement.
- ☐ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted. ☐ denied.
- ☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
- ☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☐ as directed before Judge _____
☑ per the Scheduling Order of Judge Broomes
☐ on _____ at ____ ☐ a.m. ☐ p.m. before Judge _____
In Courtroom _____ or Via ZoomGov
for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____