**In the United States District Court
for the District of Kansas**

---

**United States of America**,
        Plaintiff,

v.                                               Case No. 23-10047-01 JWB

**Tomari Morgan**,
        Defendant.

---

**Order for Continuance**

---

    Now on this _____15th___ day of June, 2023, the above matter comes before the Court on Defendant Tomari Morgan's Motion for Continuance (Doc. 15) to continue the pretrial motions deadline, status conference, and jury trial for 30 days. The government does not object to the defendant's request.

    Having reviewed the motion, and being familiar with the case history, this Court finds that Mr. Morgan was arraigned on May 17, 2023. D.E. 4. A jury trial has been scheduled for July 17, 2023. D.E. 7, at 2. The government provided informal discovery on May 26, 2023, which consisted of 15 pages of documents and 4 audio and/or video recordings. The government provided additional discovery on June 14, 2023, which consisted of 255 pages of documents, 22 audio and/or video recordings, and 38 photographs. Counsel has not yet had the opportunity to completely review the discovery and review it with Mr. Morgan. Additional time is needed to review the discovery, review and discuss the discovery with Mr. Morgan, determine

whether to conduct investigation or retain an expert, and to determine whether to file pretrial motions.

For these reasons, this Court finds that additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This Court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

Specifically, the time from June 15, 2023, to the Court's ruling on this motion to continue is excluded, as is the time from the original trial setting of July 17, 2023, to the new trial setting of August 21, 2023.

This Court therefore grants the requested continuance, and imposes the following deadlines:

1. Motions due July 17, 2023.
2. Status Conference will be held on August 7, 2023 at 9:00 a.m.
3. Jury Trial scheduled for August 21, 2023 at 9:00 a.m.

It is therefore ordered that the Motion for Continuance (Doc. 15) is granted.

So ordered on this ___15th___ day of June, 2023.

JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE