In the United States District Court
for the District of Kansas

---

**United States of America**,
            Plaintiff,

v.                                                                                  Case No. 23-10047-01 JWB

**Tamori Morgan**,
            Defendant.

---

### Order for Continuance

---

Now on this 19th day of July, 2023, the above matter comes before the Court on Defendant Tamori Morgan's Motion for Continuance (Doc. 17) to continue the pretrial motions deadline, status conference, and jury trial for 30 days. The government does not object to the defendant's request.

Having reviewed the motion, and being familiar with the case history, this Court finds that Mr. Morgan was arraigned on May 17, 2023. D.E. 4. The government provided informal discovery on May 26, 2023, which consisted of 15 pages of documents and 4 audio and/or video recordings. The government provided additional discovery on June 14, 2023, which consisted of 255 pages of documents, 22 audio and/or video recordings, and 38 photographs. Counsel has not yet had the opportunity to finish reviewing the discovery with Mr. Morgan. Additional time is needed to review the discovery, review and discuss the discovery with Mr. Morgan, determine whether to conduct investigation or retain an expert, and to determine

whether to file pretrial motions. Additionally, counsel for Mr. Morgan is scheduled to travel outside the United States on the current trial setting.

For these reasons, this Court finds that additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This Court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

Specifically, the time from July 17, 2023, to the Court's ruling on this motion to continue is excluded, as is the time from the trial setting of August 21, 2023, to the new trial setting of September 25, 2023.

This Court therefore grants the requested continuance, and imposes the following deadlines:

1. Motions due August 16, 2023.
2. Status Conference will be held on September 11, 2023, at 9:00 a.m., U.S. Courthouse, Wichita, Kansas, Room 232.
3. Jury Trial scheduled for September 25, 2023, at 9:00 a.m., U.S. Courthouse, Wichita, Kansas, Courtroom 238.

It is therefore ordered that the Motion for Continuance (Doc. 17) is granted.

So ordered on this 19th day of July, 2023.

          _____s/ John W. Broomes_____
          JOHN W. BROOMES
          UNITED STATES DISTRICT JUDGE

3