**In the United States District Court
for the District of Kansas**

**United States of America**,
          Plaintiff,

v.                                                                     Case No. 23-10047-01 JWB

**Tamori Morgan**,
          Defendant.

## Order for Continuance

Now on this 17th day of August, 2023, the above matter comes before the Court on Defendant Tamori Morgan's Motion for Continuance (Doc. 19) to continue the pretrial motions deadline, status conference, and jury trial for 45 days. The government does not object to the defendant's request.

Having reviewed the motion, and being familiar with the case history, this Court finds that Mr. Morgan was arraigned on May 17, 2023. D.E. 4. The government provided discovery on May 26, 2023, and June 14, 2023, which consisted of 240 pages of documents, 22 audio and/or video recordings, and 38 photographs. Counsel has not yet had the opportunity to finish reviewing the discovery with Mr. Morgan. Additional time is needed to complete the review and discuss the discovery with Mr. Morgan, determine whether to conduct investigation or retain an expert, and to determine whether to file pretrial motions. Additionally, counsel for Mr. Morgan will be out of the office from August 21 until August 31, 2023.

For these reasons, this Court finds that additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This Court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

Specifically, the time from August 16, 2023, to the Court's ruling on this motion to continue is excluded, as is the time from the trial setting of September 25, 2023, to the new trial setting of November 13, 2023.

This Court therefore grants the requested continuance, and imposes the following deadlines:

1. Motions due October 2, 2023.

2. Status Conference will be held on October 30, 2023, at 9:00 a.m., U.S. Courthouse, Wichita, Kansas, Room 232.

3. Jury Trial scheduled for November 13, 2023, at 9:00 a.m., U.S. Courthouse, Wichita, Kansas, Courtroom 238.

It is therefore ordered that the Motion for Continuance (Doc. 19) is granted. So ordered on this 17th day of August, 2023.

                                                _____s/ John W. Broomes_____
                                                JOHN W. BROOMES
                                                UNITED STATES DISTRICT JUDGE