# In the United States District Court
# for the District of Kansas

**United States of America**,
    Plaintiff,

v.                 Case No. 23-10047-01 JWB

**Tamori Morgan**,
    Defendant.

## Motion for Continuance

Defendant Tamori Morgan, through undersigned counsel, moves this Court to continue the pretrial motion deadline, status conference, and jury trial for 30 days, for the following reasons:

1. The current schedule for this case is:

    a. Motions due October 2, 2023.

    b. Status Conference is scheduled for October 30, 2023, at 9:00 a.m.

    c. Jury Trial is scheduled for November 13, 2023.

2. We are requesting to continue all three deadlines.

3. The government does not object to this request.

4. Additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, Mr. Morgan was arraigned on May 17, 2023. D.E. 4. The government provided discovery on May 26, 2023, and June 14, 2023, which consisted of 240

pages of documents, 22 audio and/or video recordings, and 38 photographs. Counsel requires additional time to conduct legal research, determine whether to conduct investigation or retain an expert, consult with Mr. Morgan, and to determine whether to file pretrial motions.

5. For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id.* at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U.S. 489, 498-99 (2009). Those needs are present here.

We therefore ask this Court to make the required findings and continue the pretrial motions deadline, status conference, and jury trial for 30 days.

Respectfully submitted,

s/David Freund
DAVID FREUND
Sup. Ct. No. 17736
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: 316-269-6445
Fax: 316-269-6175
Email: david_freund@fd.org

**Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on September 28, 2023, by using the CM/ECF system, which will send a notice of electronic filing to the following:

Aaron Smith
Assistant United States Attorney
Aaron.Smith3@usdoj.gov

s/David Freund
DAVID FREUND, # 17736