**In the United States District Court
for the District of Kansas**

---

**United States of America**,
　　　　　Plaintiff,

v.                                                  Case No. 23-10047-01 JWB

**Tamori Morgan**,
　　　　　Defendant.

---

**Order for Continuance**

---

Now on this 2nd day of October, 2023, the above matter comes before the Court

on Defendant Tamori Morgan's Motion for Continuance (Doc. 21) to continue the

pretrial motions deadline, status conference, and jury trial for 30 days. The

government does not object to the defendant's request.

Having reviewed the motion, and being familiar with the case history, this Court

finds that Mr. Morgan was arraigned on May 17, 2023. D.E. 4. The government

provided discovery on May 26, 2023, and June 14, 2023, which consisted of 240

pages of documents, 22 audio and/or video recordings, and 38 photographs. Counsel

requires additional time to conduct legal research, determine whether to conduct

investigation or retain an expert, consult with Mr. Morgan, and to determine

whether to file pretrial motions.

For these reasons, this Court finds that additional time is necessary for counsel's

effective preparation, taking into account counsel's exercise of due diligence. *See* 18

U.S.C. § 3161(h)(7)(B)(iv). This Court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

Specifically, the time from September 28, 2023, to the Court's ruling on this motion to continue is excluded, as is the time from the trial setting of November 13, 2023, to the new trial setting of January 22, 2024.

This Court therefore grants the requested continuance, and imposes the following deadlines:

1.  Motions due October 30, 2023.

2.  Status Conference will be held on January 8, 2024, at 9:00 a.m., U.S. Courthouse, Wichita, Kansas, Room 232.

3.  Jury Trial scheduled for January 22, 2024, at 9:00 a.m., U.S. Courthouse, Wichita, Kansas, Courtroom 238.

It is therefore ordered that the Motion for Continuance (Doc. 21) is granted.

So ordered on this 2nd day of October, 2023.

                                    _____s/ John W. Broomes_____
                                    JOHN W. BROOMES
                                    UNITED STATES DISTRICT JUDGE