**In the United States District Court
for the District of Kansas**

---

**United States of America**,
    Plaintiff,

v.                  Case No. 23-10047-01 JWB

**Tamori Morgan**,
    Defendant.

---

**Motion to Continue Pretrial Motions Deadline**

---

 Defendant Tamori Morgan, through undersigned counsel, moves this Court to continue the pretrial motion deadline for 30 days, for the following reasons:

1. The current schedule for this case is:

    a. Motions due October 30, 2023.

    b. Status Conference is scheduled for January 8, 2024, at 9:00 a.m.

    c. Jury Trial is scheduled for January 22, 2024.

2. We are requesting to continue all three deadlines.

3. The government does not object to this request.

4. Additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, Mr. Morgan was arraigned on May 17, 2023. D.E. 4. The government provided discovery on May 26, 2023, and June 14, 2023, which consisted of 240 pages of documents, 22 audio and/or video recordings, and 38 photographs. Counsel

requires additional time to conduct legal research, determine whether to conduct investigation or retain an expert, consult with Mr. Morgan, and to determine whether to file pretrial motions, including potential motions challenging the constitutionality of the offenses charged against Mr. Morgan.

We therefore ask this Court to make the required findings and continue the pretrial motions deadline for 30 days.

Respectfully submitted,

s/David Freund
DAVID FREUND
Sup. Ct. No. 17736
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: 316-269-6445
Fax:  316-269-6175
Email: david_freund@fd.org

## Certificate of Service

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on October 27, 2023, by using the CM/ECF system, which will send a notice of electronic filing to the following:

Aaron Smith
Assistant United States Attorney
Aaron.Smith3@usdoj.gov

s/David Freund
DAVID FREUND, # 17736