**In the United States District Court
for the District of Kansas**

---

**United States of America**,
          Plaintiff,

v.
                                           Case No. 23-10047-01 JWB

**Tamori Morgan**,
          Defendant.

---

### Order to Continue Pretrial Motions Deadline

---

Now on this 30th day of October, 2023, the above matter comes before the Court on Defendant Tamori Morgan's Motion to Continue Pretrial Motions Deadline (Doc. 23) to continue the pretrial motions deadline for 30 days. The government does not object to the defendant's request.

Having reviewed the motion, and being familiar with the case history, this Court finds that Mr. Morgan was arraigned on May 17, 2023. D.E. 4. The government provided discovery on May 26, 2023, and June 14, 2023, which consisted of 240 pages of documents, 22 audio and/or video recordings, and 38 photographs. Counsel requires additional time to conduct legal research, determine whether to conduct investigation or retain an expert, consult with Mr. Morgan, and to determine whether to file pretrial motions, including potential motions challenging the constitutionality of the offenses charged against Mr. Morgan.

2

This Court therefore grants the requested continuance, and imposes the following deadline:

1.  Motions due November 27, 2023.

It is therefore ordered that the Motion to Continue Pretrial Motions Deadline (Doc. 23)  is granted.

So ordered on this 30th day of October, 2023.

_____s/ John W. Broomes_____
JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE

2