**In the United States District Court
for the District of Kansas**

---

**United States of America**,
            Plaintiff,

v.                                                                                        Case No. 23-10047-01 JWB

**Tamori Morgan**,
            Defendant.

---

**Motion to Dismiss Counts 1 and 2
on Commerce-Clause Grounds**

---

    Tamori Morgan files this motion to dismiss Counts 1 and 2 of the Indictment, D.E. 1, on grounds that the charging statute, 18 U.S.C. § 922(o), violates the Commerce Clause. Section 922(o) makes it a crime to possess a machinegun, period. The statute contains no interstate-commerce element, nor does it otherwise pass Commerce Clause muster. Congress exceeded its Commerce Clause powers when it enacted § 922(o).

    This Court is bound by Tenth Circuit precedent to deny this motion, however. *See United States v. Haney*, 264 F.3d 1161 (10th Cir. 2001); *United States v. Wilks*, 58 F.3d 1518 (10th Cir. 1995). In *Haney*, the Tenth Circuit held that Congress is authorized by the Commerce Clause to prohibit the possession of machineguns for two independent reasons: machineguns are inherently "things in interstate commerce;" and Congress could have rationally concluded that possessing a machinegun "substantially affects" interstate commerce. 264 F.3d at 1167-71.

Because neither rationale withstands scrutiny, we intend to ask the Tenth Circuit to overrule *Haney*. We thus present this issue for preservation purposes.

>  Respectfully submitted,
>
>  s/David J. Freund
>  DAVID J. FREUND
>  Sup. Ct. No. 17736
>  Assistant Federal Public Defender
>  Federal Public Defender Office
>  301 N. Main, Suite 850
>  Wichita, KS 67202
>  Telephone: 316-269-6171
>  Fax:  316-269-6175
>  Email: david_freund@fd.org

## Certificate of Service

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on November 27, 2023, by using the CM/ECF system, which will send a notice of electronic filing to the following:

>  Aaron Smith
>  Assistant United States Attorney
>  Aaron.Smith3@usdoj.gov

>  s/David J. Freund
>  DAVID J. FREUND # 17736