# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                          **Case No. 23-cr-10047-JWB**

**TAMORI MORGAN,**

      **Defendant.**

## GOVERNMENT'S NOTICE OF FILING EXHIBITS

Comes now the United States, by and through the United States Attorney for the District of Kansas and Assistant U.S. Attorney Aaron L. Smith, and submits the following exhibits that were presented at a Motion hearing held on August 1, 2024. They are attached hereto as Attachment A, but they were marked and presented as Exhibits 1 through 5 at the hearing.

                                  KATE E. BRUBACHER  
                                  UNITED STATES ATTORNEY

                                  By: /s/ *Aaron L. Smith*  
                                  AARON L. SMITH  
                                  Assistant United States Attorney  
                                  District of Kansas  
                                  301 N. Main, Suite 1200  
                                  Wichita, Kansas 67202  
                                  Ph: (316) 269-6481  
                                  Fax: (316) 269-6484  
                                  Email: aaron.smith3@usdoj.gov  
                                  Ks. S. Ct. No. 20447

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 1, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Richard C. Paugh, Attorney for Defendant Lopez.

By: <u>/s/ *Aaron L. Smith*</u>
AARON L. SMITH
Assistant United States Attorney