<-->




779060-22-1086
2023-201-ALC
Page 16

Exhibit 3 Installed on Exhibit 2 Slide






GOVERNMENT EXHIBIT 3







Exhibit 3 Profile Views