IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 23-cr-10047-JWB-1 |
| TAMORI MORGAN, | ) ) ) |
| Defendant. | ) ) |

**ENTRY OF APPEARANCE**

Bryan C. Clark, Assistant United States Attorney for the District of Kansas, hereby enters his appearance as counsel for the United States in this matter.

All pleadings, notices, and documents should be served at the following address: Bryan C. Clark, Assistant United States Attorney, 500 State Avenue, Suite 360, Kansas City, Kansas 66101; or by email to bryan.clark@usdoj.gov.

        Respectfully submitted,

        KATE E. BRUBACHER
        United States Attorney
        District of Kansas

        s/ Bryan C. Clark
        Bryan C. Clark, #24717
        Assistant United States Attorney
        District of Kansas
        500 State Avenue, Suite 360
        Kansas City, KS 66101
        Tel.: (913) 551-6730
        Fax: (913) 551-6541
        bryan.clark@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I certify that on September 20, 2024, this document was electronically filed with the Clerk of the U.S. District Court for the District of Kansas using the Court's CM/ECF system, which will send a notice of electronic filing to all ECF system participants as of the time of this filing, including to Defendant's counsel of record.

                                                                s/ Bryan C. Clark