**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 1, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellant,

v.

TAMORI MORGAN,

   Defendant - Appellee.

No. 24-3141
(D.C. No. 6:23-CR-10047-JWB-1)
(D. Kan.)

---

## ORDER

---

Before **HOLMES**, Chief Circuit Judge.

---

This matter is before the Court on Appellant's Motion to Continue Appointment. Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, the Federal Public Defender for the District of Kansas is appointed as counsel of record to represent the appellee Tamori Morgan. This appointment is effective *nunc pro tunc* to the date the notice of appeal was filed in this matter.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk